**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

James Kinney, et al.,

        Plaintiffs,                Civil No. 06-3684 (RHK/RLE)

vs.                                     **ORDER**

National Real Estate Assignments, LLC, et al.,

        Defendants.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge