# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

James Kinney, et al.,                                                    Civil No. 06-3684 (RHK/RLE)

          Plaintiffs,                                      **ORDER**

vs.

National Real Estate Assignments, LLC, a
Minnesota limited liability company, et al.,

          Defendants.

_____

      Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

      1.  The Report and Recommendation (Doc. No. 4) is **ADOPTED**; and

      2.  This matter is summarily **REMANDED** to the Minnesota District Court for the Fourth Judicial District, in Hennepin County, Minnesota.

Dated: October 18, 2006

                                                        s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                          United States District Judge